# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| ANDREW TAB KILPATRICK, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:12-cv-00080-MR |
| | ) | 2:09cr00020-MR |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2013 Order.

May 29, 2013

Frank G. Johns, Clerk
United States District Court